**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 26-23518** |
| **OMNI BAG, INC.,** | ) | **Chapter 11, Subchapter V** |
| | ) | **Judge Jennie D Latta** |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE DEBTOR, DEBTOR'S ATTORNEY OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Baker, Donelson, Bearman, Caldwell & Berkowitz, PC hereby files its appearance pursuant to FED. R. BANKR. P. 9010 in connection with the above captioned Chapter 11 case on behalf of creditor Truist Bank, successor by acquisition to SunTrust Bank ("Truist").

PLEASE TAKE FURTHER NOTICE that all notices forwarded in this case to Truist should be forwarded pursuant to FED. R. BANKR. R. 2002(g) to the following:

Malia G. Bennett
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Telephone: 423.752.4404
Telecopier: 423.756.3447

PLEASE TAKE FURTHER NOTICE that pursuant to FED. R. BANKR. P. 2002(a)(b) and (f) the undersigned hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the above referenced address.

The foregoing request includes not only notices and papers referred to in the above specified Rules and other applicable provisions, but also includes, without limitation, Orders and Notices of all filings with respect to any application, Motion, Petition, Pleading, request Complaint or Demand, whether formal or informal, whether written, transmitted or conveyed by email, mail, delivery, telephone, telegraph, telex, telecopier, otherwise affects or seeks to affect in any way, any rights or interest of the Debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

Respectfully Submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ Malia G. Bennett
Malia G. Bennett (TN Bar No. 041215)
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Phone 423.752.4404
Fax 423.752.9633
Email: mbennett@bakerdonelson.com

***Attorneys for Truist Bank, successor by acquisition to SunTrust Bank***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July, 2026, a copy of the foregoing electronically filed Notice of Appearance was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Toni Campbell Parker
Law Office of Toni Campbell Parker
45 N. Third, Ste. 201
Memphis, TN 38103

C. Jerome Teel, Jr
Teel & Gay, PLC
79 Stonebridge Blvd
Suite B
Jackson, TN 38305

U.S. Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

Carrie Ann Rohrscheib
Office of the United States Trustee
200 Jefferson Ave., Ste. 400
Memphis, TN 38103

/s/ Malia G. Bennett
Malia G. Bennett (TN Bar No. 041215)