**Dated: September 30, 2026**
**The following is ORDERED:**

Jennie D. Latta
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

---

IN RE:

OMNI BAG, INC CASE NO. 26-23518-JDL

DEBTORS CHAPTER 11 SUBCHAPTER V

---

ORDER ON MOTION TO EXTEND DEADLINE TO FILE
CHAPTER 11 SUBCHAPTER V PLAN

---

Upon motion being filed by Debtor Omni Bag, Inc. ("Debtor") through counsel to extend deadline to file the Chapter 11 Subchapter V Plan as timely the Court grants as follows:

1. The Debtor filed their voluntary petition for relief under Chapter 7 of the US Bankruptcy Code on June 30, 2026.
2. The Debtor had until September 28, 2026 to file the Chapter 11 Subchapter V Plan.
3. The Debtor had everything complete to Counsel by said date. Counsel had a meeting and due to lateness of hour on Monday was not able to file it until Tuesday September 29, 2026. (See ECF #32)
4. The Court finds that filing late was no fault of Debtor and grants the extension of one day for plan to be filed timely.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT the Debtor's request of extension of one day to and through September 29, 2026 be considered timely.

Approved,

/s/ Toni Campbell Parker
Toni Campbell Parker (TN # 6984)
Attorney for Debtor
45 BB King Blvd., Ste. 201
Memphis, TN 38103
901-483-1020

CC:
Debtor
Attorney for US Trustee
Subchapter V Trustee
All parties on mailing matrix