**Dated: September 30, 2026**
**The following is ORDERED:**

Jennie D. Latta
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

| | |
|---|---|
| **In re: Omni Bag, Inc.** | **Case No. 26-23518 JDL** |
| | **Chapter 11, Subchapter V** |
| **Debtor.** | |

---

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH RELATED ORDERS AND NOTICE THEREOF**

---

A plan of reorganization (Plan) under Subchapter V of Chapter 11 of the Bankruptcy Code was filed by **Omni Bag, Inc.**, Debtor, on **September 29, 2026**.

**IT IS ORDERED**, and notice is hereby given, that:

1. Within three (3) days after the entry of this order, the Debtor shall mail a copy of this order, the Plan and a ballot conforming to Class Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) to all creditors, equity holders, and parties in interest, and thereafter, file a certificate of service with the Court no later than ten (10) days after the entry of this order, indicating that these documents have been timely mailed.

2. **November 12, 2026** is fixed as the last day for filing an election of application of § 1111(b)(2) by a class of secured creditors in accordance with TNWB Standing Order 20-01.

3. **November 12, 2026** is fixed as the last day for filing written acceptances or rejections of the Plan. A written summary of ballots must be filed by the Debtor with the Bankruptcy Court and transmitted to the U.S. Trustee no later than November 16, 2026.

4. **November 12, 2026** is fixed as the last day for filing written objections to the Plan.

5. **November 12, 2026** is the date by which an equity security holder or creditor whose claim is based on a security, must be the holder of record of the security, in order to be eligible to vote to accept or reject the Plan.

6. **November 12, 2026** is fixed as the last day for filing and serving applications for compensation.

7. **November 12, 2026** is the date by which the trustee must file a statement of estimated fees that will be incurred through the confirmation hearing date.

8. The hearing on confirmation of the Plan will be held on **November 19, 2026 at 9:01 a.m. in Courtroom 645 at 200 Jefferson Avenue, Memphis, TN 38103**. Creditor attendance is not required; however, your presence would assist the Court if you wish to speak either in support of, or in opposition to, any of the matters before the Court.