**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 26-23518 (JDL) |
| OMNI BAG, INC., | Chapter 11, Subchapter V |
| Debtor. | Judge Jennie D. Latta |

**MOTION OF MONOSOL, LLC FOR ALLOWANCE AND IMMEDIATE PAYMENT OF AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(9)**

**COMES NOW**, Monosol, LLC ("**Monosol**"), by and through its undersigned attorneys, files this motion (the "**Motion**") pursuant to section 503(b)(9) of the Bankruptcy Code for allowance and immediate payment of an administrative expense claim (the "**503(b)(9) Administrative Expense**") in the aggregate amount of $60,082.57 and, in support, respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is 11 U.S.C. § 503(b)(9).

**BACKGROUND**

2. On December June 30, 2026 (the "**Petition Date**"), Omni Bag, Inc. (the "**Debtor**") filed a voluntary petition for relief in the United States Bankruptcy Court for the Western District of Tennessee under Chapter 11, Subchapter V of the Bankruptcy Code.

3. On or about September 25, 2026, Monosol filed proof of claim no 4-1 asserting a prepetition claim in the amount of $141,642.61 against the Debtor's bankruptcy estate, which includes the 503(b)(9) Administrative Expense. A copy of the proof of claim is attached hereto as Exhibit A and incorporated herein by reference.

4. The 503(b)(9) Administrative Expense represents the aggregate value of goods (the "**Goods**") that were received by the Debtor within 20 days before the Petition Date and sold by Monosol to the Debtor in the ordinary course of the Debtor's business. Redacted invoices comprising the 503(b)(9) Administrative Expense are summarized on and attached to Monosol's proof of claim.

**RELIEF REQUESTED**

5. By way of this Motion, Monosol respectfully requests entry of an Order (i) allowing and affording administrative priority to the 503(b)(9) Administrative Expense in the amount of $60,052.57 pursuant to sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code and (ii) directing the Debtor to promptly pay the 503(b)(9) Administrative Expense in full.

6. Section 503(b)(9) of the Bankruptcy Code provides in pertinent part that there shall be allowed administrative expenses including "the value of any goods received by the debtor within 20 days before the date of commencement of a case … in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

7. Because it represents the aggregate value of the Goods sold and delivered by Monosol to the Debtor that the Debtor received in the ordinary course of its businesses within twenty (20) days before the Petition Date, the 503(b)(9) Administrative Expense should be allowed, afforded administrative priority and promptly paid in full pursuant to sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code.

**WHEREFORE**, Monosol respectfully requests that, pursuant to sections 503(b)(9) and 507(a)(2), this Court enter an order: (i) allowing and affording administrative priority to the 503(b)(9) Administrative Expense in the amount of $60,082.57; (ii) directing the Debtor to promptly pay the allowed 503(b)(9) Administrative Expense; and (iii) granting such other and further relief as may be just and proper under the circumstances.

Respectfully submitted,

Dated: October 12, 2026

**DILWORTH PAXSON LLP**

By: /s/ Scott J. Freedman
Scott J. Freedman (*pro hoc vice* pending)
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 249-5098

*Attorneys for Monosol, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2026, a copy of the foregoing electronically filed Motion for Allowance and Immediate Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Toni Campbell Parker
Law Office of Toni Campbell Parker
45 N. Third, Ste. 201
Memphis, TN 38103

C. Jerome Teel, Jr.
Teel & Gay, PLC
79 Stonebridge Blvd., Suite B
Jackson, TN 38305

Carrie Ann Rohrscheib
Office of the United States Trustee
200 Jefferson Ave., Ste. 400
Memphis, TN 38103

/s/ Scott J. Freedman
Scott J. Freedman

Dated: October 12, 2026