# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No. 26−23518 jdl
Chapter 11

Adversary No.

Omni Bag, Inc.

Debtor(s).

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION RE FORM, MANNER AND SERVING OF NOTICE (APPLICABLE TO CHAPTER 7, 11, AND 12)**

55 − Objection to Confirmation of the Chapter 11 Plan Filed by U.S. Trustee U.S. Trustee (related document(s)32 Chapter 11 Subchapter V Plan Filed by Debtor Omni Bag, Inc.. (Attachments: # 1 Exhibit Liquidation Analysis # 2 Exhibit 2 August MOR # 3 Exhibit 2 Aug MOR # 4 Exhibit 2 August MOR # 5 Exhibit 2 August MOR Checking Account # 6 Exhibit 2 August MOR Payroll Account # 7 Exhibit 3 Sales Sheets # 8 Exhibit 4 Accounts Payable)). (Rohrscheib, Carrie Ann) on November 13, 2026 .

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **November 19, 2026 at 09:01 AM , 200 Jefferson Ave, Room 645, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by N/A and served as required pursuant to L.B.R. 9013−1.**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
**All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Jason Lee Kadzban**
**CLERK OF COURT**

**BY: Debra Hayes**

**Deputy Clerk**
**DATE: November 16, 2026**

[combrelcco30]Order/Notice combined Rel 11−03